IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

JHON W. FLORY,                          )
                                        )
            Plaintiff,                  )    TC-MD 160117R
                                        )
      v.                                )
                                        )
BENTON COUNTY ASSESSOR,                 )
                                        )
            Defendant.                  )    **FINAL DECISION OF DISMISSAL**[1]

This matter came before the court on its own motion to dismiss this case for lack of

prosecution.  A trial was scheduled for 9:00 a.m. on July 21, 2016, to consider Plaintiff's appeal.

On May 10, 2016, the court sent notice of the scheduled trial to Plaintiff at the address Plaintiff

provided to the court.  The court's notice was not returned as undeliverable.  That notice advised

that if Plaintiff did not appear, the court might dismiss the appeal.

On July 5, 2016, the court received a copy of a jury summons from Plaintiffs with a note

attached stating: "Need a new court date.  Have been summons for jury duty."  The summons

and note did not indicate whether Plaintiff had copied the documents to Defendant.  The court

was unable to contact Plaintiff by phone because he did not provide his phone number to the

court.  On July 5, 2016, the court sent a reply to Plaintiff stating:

> "Your request for a new trial date is not properly before the court because you did
> not show that you served a copy of your request on the representative for Benton
> County Assessor.  The court cannot consider your motion without proper service
> on Defendant.  The trial date of July 21, 2016, and the exhibit exchange dates
> remain on the court's calendar."

Plaintiff did not communicate with the court after July 5, 2016, and he failed to appear for the

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered
July 22, 2016.  The court did not receive a statement of costs and disbursements within 14 days after its Decision of
Dismissal was entered.  *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

scheduled trial.  Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution.  Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is dismissed.

Dated this ____ day of August 2016.


_____
RICHARD DAVIS
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on August 12, 2016.*